# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARILYN TORRES (2)<br><br>Defendant. | Case No. 20-CR-3702-LAB<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

Upon application of the Government and good cause appearing thereof,

IT IS HEREBY ORDERED that the Government's Motion to Dismiss the above captioned information without prejudice be Granted as to defendant Marilyn Torres.

DATED: July 29, 2021

*/s/ Larry A. Burns*
Larry Alan Burns
United States District Judge